STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. FRANK KOBYLARZ, DEFENDANT-PETITIONER.

*Mr. John E. Selser* for the petitioner.

*Mr. Guy W. Calissi* and *Mr. William C. Brudnick* for the respondent.

See same case below: 44 *N. J. Super.* 250.

June 20, 1957.   Denied.